# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:                                        Case No.  14-32896-DHW
                                              Chapter 13

EARNEST D NIX, SR.,
        Debtor

## ORDER TO APPEAR AND SHOW CAUSE
## WHY QUICKCLICK LOANS OF ALABAMA, LLC
## SHOULD NOT BE HELD IN CONTEMPT OF COURT

On January 6, 2015 the debtor, Earnest D Nix, Sr. through her attorney Richard D. Shinbaum filed a motion to hold creditor QuickClick Loans of Alabama, LLC in contempt.

Accordingly, it is

ORDERED that QuickClick Loans of Alabama, LLC , appear or a representative of company appear before the undersigned at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on **February 2, 2015, at 10:30 a.m.** and show cause, if any they have, why they should not be held in contempt of court.

**Failure to appear and show cause as directed may result in appropriate sanctions against QuickClick Loans of Alabama, LLC .**

Done this the 6th day of January, 2015.

                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

PARTIES TO BE SERVED:

Earnest D Nix, Sr.
3350 Loveless Curve
Montgomery, AL 36108

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101
334-262-8371

OuickClick Loans of Alabama, LLC.
P.O. Box 5040
Alphretta, Georgia 30023

Small Claims Court of Montgomery, Alabama
Re: QuickClick Loans v. Nix SM-2013-000534.00
251 South Lawrence Street
Montgomery, Alabama 36104